[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15204
Non-Argument Calendar
_____

D.C. Docket No. 2:13-cr-00127-JES-DNF-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ULYSSES RICHMAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 25, 2015)

Before MARCUS, WILLIAM PRYOR, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Neal Rosensweig, appointed counsel for Ulysses Richman in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Richman's convictions and sentences are **AFFIRMED**.

However, we note that there is a clerical error in the judgment.  The judgment lists Richman's statutes of conviction for Count 2 as 21 U.S.C. §§ 841(a)(1) and **8419**(b)(1)(C).  The correct statutes, as reflected in the indictment, are 21 U.S.C. §§ 841(a)(1) and **841**(b)(1)(C).  Accordingly, the judgment is VACATED and the case is REMANDED for the limited purpose of correcting a clerical error in the judgment.  *See United States v. Massey*, 443 F.3d 814, 822 (11th Cir. 2006).